DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ALEJANDRO IXTA-BLANCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-CR-106 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE TO JUNE 24, |
| v. ) | 2010, AT 9:00 A.M. |
| ) | |
| ALEJANDRO IXTA-BLANCO, ) | Date:  May 13, 2010 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |
| _____ ) | |

　　　IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Ixta-Blanco, that the Court should vacate the status conference scheduled for May 13, 2010, at 9:00 a.m., and reset it for June 24, 2010, at 9:00 a.m.

　　　Counsel for Mr. Ixta-Blanco requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Report and discovery with Mr. Alvizo.  Counsel also requires the continuance to negotiate further with the government on behalf of Mr. Ixta-Blanco.

1

1  It is further stipulated by the parties that the Court should
2  exclude the period of time from the date of this order through June 24,
3  2010, when it computes the time within which the trial of the above
4  criminal prosecution must commence for purposes of the Speedy Trial
5  Act.  The parties stipulate that the ends of justice served by granting
6  Mr. Ixta-Blanco's request for a continuance outweigh the best interest
7  of the public and Mr. Ixta-Blanco in a speedy trial, and that this is
8  an appropriate exclusion of time for defense preparation within the
9  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: May 11, 2010                Respectfully submitted,

11                                    DANIEL BRODERICK
                                      Federal Defender
12
                                      /s/ M. Petrik
13                                    _____
                                      MICHAEL PETRIK, Jr.
14                                    Assistant Federal Defender
                                      Attorneys for Defendant
15

16 Dated: May 11, 2010                BENJAMIN B. WAGNER
                                      United States Attorney
17
                                      /s/ M. Petrik for Michael Anderson
18                                    _____
                                      MICHAEL D. ANDERSON
19                                    Assistant U.S. Attorney

20                                    **ORDER**

21     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
22 this order through the status conference on June 24, 2010, pursuant to
23 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

24
25
26
27
28                                      2

1  Dated: May 12, 2010

    _____
    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

3